No. 92–7885.  BRUCE v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 92–7909.  REIHLEY v. SLOCUM ET AL.  C. A. 9th Cir. Certiorari denied.

No. 92–7914.  WARD v. WHITLEY, WARDEN.  Crim. Dist. Ct. Orleans Parish, La.  Certiorari denied.

No. 92–7922.  WESTMORELAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7954.  SANDERS v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 92–7970.  MCFARLAND v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 92–7981.  ASHLEY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–7989.  SILVA v. STAINER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8003.  COKELEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–8073.  MEEKES v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–8189.  PRINE v. WARFORD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–8249.  SANDERS v. INTERNAL REVENUE SERVICE. C. A. 9th Cir.  Certiorari denied.

No. 92–8277.  VASQUEZ v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 92–8281.  SINGLETARY v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 92–8282.  SHANNON v. JOHNSON.  C. A. 5th Cir.  Certiorari denied.

No. 92–8301.  GILBERT v. BAY AREA RAPID TRANSIT DISTRICT. Ct. App. Cal., 1st App. Dist.  Certiorari denied.